UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. DE C.V., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARGAIN MAX WHOLESALE, INC., *et al.*,<br><br>  Defendants. | Case No. 1:24-cv-00893-CDB<br><br>ORDER GRANTING APPLICATION OF PAUL J. TANCK TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 6) |

The Court has considered the application of Paul J. Tanck, attorney for Plaintiffs Sueros & Bebidas Rehidratantes, S.A. de C.V. and CAB Enterprises, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 6).

In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 15, 2024**                    _____
                                                UNITED STATES MAGISTRATE JUDGE