# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. de C.V., a Mexican company, and CAB ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BARGAIN MAX WHOLESALE, INC. a California corporation, MOHAMMED ALHOMEDI and DOES 1-10,<br><br>Defendants. | Case No. 1:24-cv-00893-CDB<br><br>~~[PROPOSED]~~ **ORDER GRANTING EX PARTE APPLICATION FOR ORDER APPROVING ALTERNATIVE SERVICE/NOTICE**<br><br>**(Doc. 19)** |

## ~~[PROPOSED]~~ ORDER

This cause having come before the Court upon Plaintiff's Ex Parte Application for an Order Approving Alternative Service or, in the Alternative, an Extension of Time to Serve, the Court being duly advised,

IT IS ORDERD that the Application is GRANTED, and that Plaintiffs have satisfied their obligation to provide notice to Defendant Mohhamad Alhomedi with a copy of this Court's October 11, 2024 Minute Order (the "Minute Order") (Dkt. 16) and with Plaintiffs' Motion for Default Judgment (Dkt. 17), by: (1) providing a copy to a competent adult at Alhomedi's last known residence and where the competent adult confirmed Alhomedi receives mail, 1475 Hillsboro Avenue, Madera, CA 93637; and (2) mailing a copy of the same to 1475 Hillsboro Avenue, Madera, CA 93637.

Dated: October 21, 2024

Honorable Christopher D. Baker
United States Magistrate Judge