John W. Phillips, Bar No. 147117
Jaskaran Gill, Bar No. 316615
**FENNEMORE LLP**
8080 N Palm Avenue, Third Floor
Fresno, CA 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
jphillips@fennemorelaw.com
jgill@fennemorelaw.com

Attorneys for Defendants Bargain Max Wholesale, Inc., and Mohammed Alhomedi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRANTES, S.A. de C.V., a Mexican company, and CAB ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BARGAIN MAX WHOLESALE, INC., a Calfiornia corporation, MOHAMMED ALHOMEDI and DOES 1-10,<br><br>Defendants. | Case No. 1:24-cv-00893-CDB<br><br>Hon. Christopher D. Baker<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE DEFAULT, DEFAULT JUDGMENT, AND PERMANENT INJUNCTION**<br><br>Date:         May 1, 2025<br>Time:        10:30 a.m.<br>Courtroom:  Bakersfield Courthouse<br><br>Case filed:       October 2, 2023<br>Default Entered: September 9, 2024 |

The motion of Defendants BARGAIN MAX WHOLESALE, INC., a California corporation, and MOHAMMED ALHOMEDI, an individual, for an Order setting aside (1) Default, (2) Default Judgment, and (3) Order for Issuance of Permanent Injunction, came on regularly for Noticed hearing at the time and date set forth above, in Courtroom ___, of this court, the Hon. Christopher D. Baker presiding. John W. Phillips appeared on behalf of moving party Defendants. _____ appeared on behalf of Plaintiffs.

The Court, having considered the pleadings and papers on file in this matter, oral argument as presented at the hearing, matters of which judicial notice may be taken, any objections to evidence, and good cause otherwise appearing, hereby rules as follows:

1. The Court finds good cause, and does hereby GRANT the motion of Defendants BARGAIN MAX WHOLESALE, INC., a California corporation, and MOHAMMED ALHOMEDI, an individual (collectively, "Defendants"):

2. For this reason, the court grants Defendants' request to set aside the Default entered by the Clerk on this court on September 9, 2024;

3. For this reason, the court grants Defendants' request to set aside the Default Judgment entered by this Court on or about, October 11, 2024 ;

4. For this reason, the court grants Defendants' request to set aside the Order Granting Permanent Injunction, entered by the Clerk on this court on November 25, 2024;

5. Within seven (7) days of the date this Order is served by the Clerk of this court, Defendants shall file the Answer to Complaint in substantially the same form as incorporated into the Meet and Confer Declaration of John W. Phillips in support of Defendants' Motion for Set Aside of Default, Default Judgment, and Permanent Injunction.

**IT IS HEREBY ORDERED**:

Defendants' Motion to Set Aside Default, Default Judgment, and Permanent Injunction is hereby **GRANTED**.

Dated: _____                    _____
                                        HON. CHRISTOPHER D. BAKER
                                        UNITED STATES MAGISTRATE JUDGE