# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. DE C.V, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>BARGAIN MAX WHOLESALE, et. al,<br><br>Defendants. | Case No. 1:24-cv-0893-CDB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 45) |

The Court conducted a settlement conference in this action on September 30, 2025, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositive documents within sixty (60) days of entry of this order; and

3. Such dispositive documents shall have an appropriate statement addressing retention of the Court's jurisdiction.

IT IS SO ORDERED.

Dated: **September 30, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

1