UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. DE C.V., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BARGAIN MAX WHOLESALE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00893-CDB<br><br>ORDER ON STIPULATED JUDGMENT<br><br>(Doc. 52) |

Pending before the Court is the stipulated request for entry of judgment of Plaintiff Sueros & Bebidas Rehidratantes, S.A. de C.V., and CAB Enteprises, Inc. (collectively, "Plaintiffs"), and Defendant Bargain Max Wholesale, Inc. ("Defendant"), filed on December 22, 2025.  (Doc. 52). The Court has reviewed the parties' filings and finds good cause to order the stipulated injunctive relief, as requested herein.  Accordingly, the stipulated judgment is GRANTED as set forth below:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED, upon good cause appearing, that Judgment is entered as follows:

Defendant, its owners, partners, subsidiaries, affiliated companies, and the officers, directors, principals, agents, servants, and employees of all of them and all others in active concert or participation with Defendant are permanently enjoined and restrained from importing into or marketing, advertising, offering for sale, distributing, dealing or selling products that bear the

Electrolit Marks (USPTO Reg. Nos. 4222726, 4833885, 4717350, and 4717232) and that are not manufactured for sale in the United States.

It is FURTHER ORDERED that the Court shall retain jurisdiction for the purposes of enforcing the terms of the stipulated judgment and permanent injunction.

And IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purposes of enforcing the terms of the settlement agreement <u>for two years from the date of this order</u>. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) (explaining that district courts may retain ancillary jurisdiction to enforce settlement agreements).

The Clerk of the Court is DIRECTED to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **December 23, 2025**

UNITED STATES MAGISTRATE JUDGE

ORDER AMENDING STIPULATED JUDGMENT